UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Kirk M. Stewart** | § | 19-04816 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 11/18/2019 |

## WITHDRAWAL OF DOCUMENT

Now Comes the Debtor Kirk M. Stewart, through Counsel, and withdraws his Application for Additional Attorney Fees and/or Recovery of Costs Advanced which was designated **DN37** by this Court.

Respectfully Submitted,

Dated: 9/30/21         /s/ Jeffrey D. Mapes_____
                       Jeffrey D. Mapes, Attorney for the Debtor
                       29 Pearl St. NW, Ste. 305
                       Grand Rapids, MI 49503
                       Phone: (616) 719-3847
                       Fax: (616) 719-3857